Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph: (630) 981-3888    Fax:  (630) 981-3896

In re:
JERRY WAYNE BENNETT
JENNIFER MARIE BENNETT
Case No. 10-06890
Account No.  2294

OAK TRUST CREDIT UNION
1811 W DIEHL #700
NAPERVILLE, IL  60563

JERRY WAYNE BENNETT
JENNIFER MARIE BENNETT
1N155 TAMARACK DRIVE
WINFIELD, IL  60190

JOHNSON WESTRA BROECKER ET AL
380 S SCHMALE RD #102
CAROL STREAM, IL  60188

OAK TRUST CREDIT UNION
1811 W DIEHL #700
NAPERVILLE, IL  60563

## NOTICE OF PAYMENT OF FINAL MORTGAGE CURE UNDER RULE 3002.1 (f)

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Glenn B. Stearns, files this Notice of Final Cure Payment.  The amount required to cure the default in the claim has been paid in full.

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s) Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating:

1) Whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and

2) Whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement,  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.

The undersigned certifies that this notice was sent to the above named parties on  March 12, 2013 .

/S/  Marifran Smith
For:  Glenn Stearns, Chapter 13 Trustee, Standing Trustee